UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-14

FILED IN OPEN COURT
ON 2-27-2014 eh
Julie A. Richards, Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| IN RE: | : |
| | : |
| NINETEEN-COUNT GRAND JURY INDICTMENT OF FEBRUARY 27, 2014 | : ORDER TO SEAL INDICTMENT |

Upon motion of the United States, it is hereby ORDERED that the Indictment in the above-captioned case, returned by the Federal Grand Jury on February 27, 2014, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendants and to provide copies of the Indictment to the United States Attorney and the United States Probation Office.

It is FURTHER ORDERED that the Indictment shall remain sealed until such time as the arrest warrants for the defendants have been executed, or upon further order of this Court.

This, the 27 day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE