UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-14-D-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MILTON RUSS BARNHILL | ) | |

This cause comes before the Court upon a motion by the United States seeking leave of court to dismiss Counts 9, 13, and 14 of the Indictment [D.E. 5] filed on February 27, 2014, pursuant to Federal Rule of Criminal Procedure 48(a). For good cause shown, leave of court is GRANTED. Counts 9, 13, and 14 of the Indictment [D.E. 5] are hereby DISMISSED without prejudice.

SO ORDERED, this **28** day of **July**, 2015.

JAMES C. DEVER, III
CHIEF UNITED STATES DISTRICT JUDGE